# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTHONY ROSHON ROBERTS**
**ADC #153534**                                                                                     **PETITIONER**

**V.**                          **CASE NO. 4:17-CV-523-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 15th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE